UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                              :
:    Case No. 5:19-cv-00970-NAM-ML
                         Plaintiff,             :
:
          vs.                                   :
:
JOHN DOE subscriber assigned IP address         :
67.249.230.168,                                 :
:
                         Defendant.             :
------------------------------------------------------------X

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until February 7, 2020, to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 6th day of January, 2020.

By: _____
Miroslav Lovric
U.S. Magistrate Judge

1